# United States District Court
Eastern District of Wisconsin

AMENDED JUDGMENT IN A CIVIL CASE

**AUTUMN MISKO,**

                **Plaintiff,**

v.                                            Case No. 15-CV-1476

**INDEPENDENCEFIRST, INC.**

                **Defendant.**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the court, the issues have been decided and a decision has been rendered.

       **IT IS ORDERED** that judgment is entered in favor of the defendant and against the plaintiff.

       **IT IS FURTHER ORDERED** that this action hereby is **DISMISSED**.

                                      Approved:   *s/Nancy Joseph*
                                                                    NANCY JOSEPH
                                                                    United States Magistrate Judge

Dated: March 7, 2017

                                                                    JON W. SANFILIPPO
                                                                    Clerk of Court

                                                                    *s/Amanda S. Chasteen*

(By) Deputy Clerk